# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **PERSONIFIED, LLC** | ) | FILED: MAY 30, 2008 |
| | ) | 08CV3123  RCC |
| **Plaintiff,** | ) **Case No.** | JUDGE DER-YEGHIAYAN |
| | ) | MAGISTRATE JUDGE MASON |
| **v.** | ) | |
| | ) | **PERSONIFIED, LLC'S COMPLAINT** |
| **SALES CONSULTANTS OF CARY, LLC** | ) | **FOR DECLARATORY JUDGMENT** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |

Personified, LLC ("Personified"), by and through its attorneys, submits the following Complaint for Declaratory Judgment.

## NATURE OF THE CASE

This case arises because Defendant Sales Consultants of Cary, LLC ("SCC") has asserted that Personified is infringing its PERSONIFY service mark rights and committing acts of unfair competition by operating the website www.personified.com and filing an intent-to-use application with the United States Patent and Trademark Office to register the PERSONIFIED mark. In fact, Plaintiff is not infringing SCC's rights or committing acts of unfair competition because, among other things, SCC does not have prior trademark rights in, at the very least, significant portions of the United States and there is no likelihood of confusion caused by the parties' uses of their respective marks. Accordingly, Personified now seeks from the Court a declaration that its conduct does not constitute trademark infringement or unfair competition under federal and state law.

## PARTIES

1.    Personified is a Delaware limited liability company with its principle place of business at 200 North LaSalle Street, Suite 1100, Chicago, IL 60601.

2.      Upon information and belief, SCC is a North Carolina limited liability company with its principle place of business at 201 Shannon Oaks Circle, Cary, NC 27511-5570.

## JURISDICTION AND VENUE

3.      Personified is seeking a declaratory judgment that it is not unlawfully infringing any trademark rights owned by SCC and that Personified is not engaging in any unfair competition under state or federal law.  The Court has jurisdiction pursuant to 28 U.S.C. §§ 2201 and 2202 (declaratory judgment actions), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338(a) (case arising under trademark laws)

4.      Venue is proper under 28 U.S.C. § 1391(b) and (c) because defendant is subject to personal jurisdiction in this district and a substantial part of the events or omissions giving rise to the claim occurred in this district

## PERSONIFIED'S TRADEMARK USE AND REGISTRATION

5.      On December 19, 2007 CareerBuilder LLC, parent company to Personified, LLC filed an intent-to-use trademark application for the mark PERSONIFIED with the United States Patent and Trademark Office.  A true and accurate copy of this application is attached hereto as Exhibit 1.

6.      On March 24, 2008, RightFish, LLC, a wholly owned subsidiary of CareerBuilder changed its name to Personified, LLC. On April 1, 2008, CareerBuilder LLC assigned all rights to the mark PERSONIFIED to this new entity together with the business therewith.

7.      Since at least its inception, Personified, LLC, has been doing business though its website, www.personified.com, on which site Personified has at all times prominently displayed the PERSONIFIED mark in connection with its consulting services.

2

8.    Personified has invested significant resources into publicizing and advertising its consulting services using the PERSONIFIED mark, and consumers of Personified's services have come to associate that mark with Personified and the personified.com website.

## SCC AND ITS CLAIMS OF INFRINGEMENT

9.    On information and belief, SCC is a search and recruitment consulting company focused on specific industries, including biotechnology, information technology, construction, and medical device sectors.

10.    On information and belief, SCC operates a website at www.personifysearch.com and provides staffing services under the trade name "Personify".

11.    SCC has falsely accused Personified of engaging in unlawful conduct by filing an intent-to-use trademark application for PERSONIFIED and operating the website www.personified.com.

12.    SCC has also falsely accused Personified of creating and exploiting confusion and engaging in unfair competition under federal and/or state law by attempting to contact SCC's customers in order to solicit business.

13.    In a letter dated May 21, 2008, SCC, through its attorneys, demanded that Personified's predecessor in interest immediately withdraw its trademark application for the PERSONIFIED trademark, immediately remove, destroy, and cease using all signs, websites, and advertising materials displaying the PERSONIFIED mark, and pay SCC One Hundred Thousand Dollars ($100,000.00).  A true and accurate copy of this letter is attached hereto as Exhibit 2.

## REQUEST FOR DECLARATORY JUDGMENT

14.    Personified incorporates by reference the allegations contained in paragraphs 1 through 13 as if fully set forth herein.

15.    A justiciable case or controversy exists between the parties as to whether Personified has committed, or is committing, acts of trademark infringement or unfair competition relating to SCC's purported trademark rights.

16.    Personified's website and its use of the PERSONIFIED mark have not created any confusion for customers or potential customers, and do not create any likelihood of confusion so as to constitute trademark infringement.

17.    SCC has no exclusive rights in the term "personify" nor the use of such term in a website or trademark, and its use of "personify" is not significant enough to justify a claim of consumer confusion.  Even if SCC has prior rights in some region based on its use of the PERSONIFY term, Personified's use of the PERSONIFIED mark does not create any cognizable claim for trademark infringement or unfair competition.

18.    Personified has not committed and is not committing acts of trademark infringement or unfair competition under the Lanham Act (15 U.S.C. §§ 1114, 1125(a)) relating to any purported SCC trademark and is entitled to a declaratory judgment that it has not committed any such acts of infringement or unfair competition.

19.    Furthermore, Personified has not committed and is not committing acts of unfair competition under Illinois or North Carolina state law (815 ILCS 505/1 *et seq.*, and N.C. Gen. Stat. § 75-1.1, respectively), and is entitled to a declaratory judgment that it has not committed any such acts of unfair competition under such state laws.

4

## **PRAYER FOR RELIEF**

WHEREFORE, Personified, LLC requests the following relief:

A.      A declaratory judgment that plaintiffs have not infringed, or engaged in acts of unfair competition under federal and/or state law relating to SCC's trademark rights.

B.      For an award of attorneys' fees and costs to the extent permitted by law; and

C.      For such other relief as the Court deems just and proper.

Dated: May 30, 2008

Respectfully submitted,


_/s/ Christopher Freeman_____
Matthew W. Walch
Christopher R. Freeman
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone:  (312) 876-7700
Facsimile:    (312) 993-9767

Attorneys for Personified, LLC

# EXHIBIT 1



Attorneys

MANNING FULTON & SKINNER PA
3605 GLENWOOD AVENUE
GLENWOOD PLAZA, SUITE 500
RALEIGH, NC 27612-3970

P. O. BOX 20389
RALEIGH, NC 27619-0389

RITCHIE W. TAYLOR
PHONE:  919.787.8880
FAX:  919.571.2504
RTAYLOR@MANNINGFULTON.COM

May 21, 2008

**VIA FEDEX**

Matthew W. Walch, Esq.
Latham & Watkins LLP
233 S. Wacker Drive Suite 5800
Chicago, IL 60606-6362

Re:     **PERSONIFY Trademark Infringement;**
         **Our file:  17537-G38099**

Dear Mr. Walch:

Our firm represents Sales Consultants of Cary, LLC ("Sales Consultants") in its intellectual property matters. Our client has brought it to our attention that your client, Careerbuilder, LLC ("CareerBuilder") has filed an intent-to-use application with the United States Patent and Trademark Office to register PERSONIFIED for "Consulting services in the field of human resources, employee recruitment, hiring, retention, development and management; Business research and surveys" in International Class 35. The application serial number is 77/355,623. It was filed on December 19, 2007. A copy of supporting documentation is enclosed.

My client has spent substantial sums in advertising revenue promoting my client's business and trademarks on CareerBuilder's website. Therefore, as your client is aware, our client has used its PERSONIFY service mark ("PERSONIFY Mark") in connection with its talent acquisition services since 2004. They began doing business with CareerBuilder using its personifysearch.com domain name and web site in 2005. CareerBuilder has mailed invoices to personifysearch.com on a monthly basis since 2006. Our client has spent considerable time and resources to protect its trade name and service mark and developing the goodwill associated therewith. The mark enjoys a most valuable and excellent reputation. Sales Consultants guards this fine reputation with the utmost vigilance. CareerBuilder's use of the trademark is likely to cause confusion in the marketplace as this designation is virtually identical to our client's mark. In fact, our client has already experienced actual confusion in the marketplace with multiple businesses, which confusion has harmed my client's business. Additionally, your client's sales representatives have attempted to exploit this confusion by contacting members of my client's sales force attempting to gain access to their LinkedIn.com accounts so CareerBuilder could exploit the confusion to solicit my client's customers (see enclosed invitations).

Our client has rights superior to those of CareerBuilder in this mark. We maintain CareerBuilder's use of PERSONIFIED constitutes trademark infringement and unfair competition under federal and/or state law. Federal and state laws provide for significant penalties for such infringing conduct, including a company's profits, actual damages incurred by

Matthew W. Walch, Esq.                    Page 2                    May 21, 2008

the trademark owner, treble damages, injunctions and attorneys' fees. Your client's substantial commercial interaction with Sales Consultants' and intentional attempts to divert business using the infringing mark will only enhance Sales Consultant's case for damages.

Accordingly, in order to avoid further legal action, we hereby demand CareerBuilder take the following actions **on or before Friday, May 30, 2008 at 12:00 p.m. ("Deadline")**:

1.     CareerBuilder shall immediately remove, destroy, and cease using all signs, websites, and advertising materials displaying the PERSONIFIED Mark (either by itself or in connection with other words).

2.     CareerBuilder shall immediately withdraw its trademark application for the PERSONIFIED trademark.

3.     CareerBuilder shall assign to Sales Consultants for no additional consideration the domain name www.personified.com.

4.     Immediately cease and desist any and all efforts to contact Sales Consultant's clients and referral sources in a manner intended to confuse them as to your client's identity, such as LinkedIn.com access.

5.     CareerBuilder shall acknowledge in writing our client's rights to the PERSONIFY and PERSONIFIED marks and shall irrevocably covenant not to contest or oppose them in the future.

4.     CareerBuilder shall, at execution of an agreement resolving this matter, pay our client the sum of One Hundred Thousand Dollars ($100,000.00) in damages to compensate our client for CareerBuilder's intentional trademark infringement, loss of goodwill, and reimbursement of our client's expenses incurred in order to remedy your client's violations.

Any such out-of-court resolution will depend upon execution of a definitive agreement satisfactory in form and content to our client. In exchange for compliance with the settlement proposal outlined above, my client would executed a release agreement releasing your client from any and all liability associated with this matter. In the absence of a rapid resolution by the Deadline, our client will have no choice but to pursue all available legal and equitable remedies to protect the PERSONIFY Mark.

However, as I have stated previously, our client is not in the business of using litigation as a strategy to prevent legitimate competition in the marketplace. We consider the proposed terms of our settlement as outlined above to be fair and, if met, will avoid the resulting litigation and adverse impact on your client's business.

Once you have had an opportunity to review this correspondence with your client, I look forward to working with you to develop a solution to the current situation.

{570667.RWT.17537.G38099 }

Matthew W. Walch, Esq.                Page 3                    May 21, 2008

This letter is for settlement purposes only, and nothing contained herein shall be deemed an admission against interest, a waiver of rights, or an election of remedies.

Sincerely yours,

MANNING, FULTON & SKINNER, P.A.

Ritchie W. Taylor

cc:  Ryan Carfley (via email)

{570667.RWT.17537.G38099 }



Optimize talent
in every area
of your business.

## Welcome to Personified

As a consulting firm specializing in talent optimization and management, Personified helps employers understand and leverage the relationship between talent management and company performance.

Our customized talent solutions provide the best return on investment in people, processes, and technology. We deliver unmatched talent insights using our access to a vast talent pool, in-depth employment data, and top recruitment media.

From helping you locate people who can further your objectives to creating an inclusive, appealing workplace of choice, Personified provides fresh insights and smart solutions that deliver results.

Subscribe to our e-newsletter

Subscribe

Optimize your workforce.
**E-mail** or call us today at
800-610-8790



**TALENT ACQUISITION**
Identify, attract and acquire a workforce capable of realizing your goals. more



**EMPLOYMENT BRANDING**
Stand out from your competitors for talent with a strong employment brand. more



**DIVERSITY & INCLUSION WORKFORCE TRANSFORMATION**
Create an inclusive and innovative workforce that thrives on differences. more



**EMPLOYEE ENGAGEMENT**
Improve employee satisfaction and retention with training, mentoring and succession planning programs. more

Copyright 2008 Personified      Contact Us      Privacy Statement      Sitemap      CareerBuilder.com      Home      PCN Extranet

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 16 04:05:05 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

[ Start ] List At: ____ OR [ Jump ] to record: ____ **Record 2 out of 6**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# PERSONIFIED

| Word Mark | **PERSONIFIED** |
| Goods and Services | IC 035. US 100 101 102. G & S: Consulting services in the field of human resources, employee recruitment, hiring, retention, development and management; Business research and surveys |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77355623 |
| Filing Date | December 19, 2007 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | April 15, 2008 |
| Owner | (APPLICANT) CareerBuilder LLC LTD LIAB CO DELAWARE 200 North LaSalle Street, Suite 1100 Chicago ILLINOIS 60601 |
| Attorney of Record | Matthew W. Walch |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | Top | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Here is the email invitation to connect to Linked in from Joe Tate.

I also including the the copied web pages and the screen snap shots from his invitation and his profile



- ○ Q&A
- ○ Jobs
- ○ Recommendations
- Groups
  - ○ My Groups
  - ○ Groups Directory
  - ○ Create a Group

Add Connections

## Bryan Jones



**Director of Recruiting at Personify**

What are you working on?

Bryan [                    ]

Save | Clear | | Cancel |

Visible to: your connections only [ Edit ]

Your profile is 95% complete [ Edit ]

## Inbox

Which invitations should you accept?

## Invitations



**Invitation to connect on LinkedIn**

From
Joe Tate
Date
April 29, 2008
To:
Bryan Jone
Status:
Pending
Bryan,

I'd like to add you to my professional network on LinkedIn.

-Joe
Accept I don't know Joe TateIf you don't know Joe Tate, click here and he/she won't be able to re-invite you. ArchiveThis message will be moved to your archived invitations. Accept or decline whenever you like. Flag as Spam Reply.

Change your invitation notification settings

**Compose message**

- Send message to a connection
- Send InMail or Introduction
- Send invitation
- Send recommendation
- Request recommendation
- Send job notification

**Inbox**

- **Action Items (1)**
- Messages
- InMails
- Introductions
- **Invitations (1)**
- Profiles
- Q&A
- Jobs
- Recommendations
- Network Updates

---

- Company
  - ○ Help & FAQ
  - ○ About LinkedIn

- ○ LinkedIn Blog
- ○ LinkedIn Store
- ○ Advertise With Us
- **Tools**
  - ○ Overview
  - ○ Outlook Toolbar
  - ○ Browser Toolbar
  - ○ JobsInsider
- **Premium**
  - ○ Post a Job
  - ○ Manage Jobs
  - ○ Corporate Solutions
  - ○ Upgrade Your Account

LinkedIn Corporation © 2008

- User Agreement
- Privacy Policy
- Copyright Policy

Use of this site is subject to express terms of use, which prohibit commercial use of this site. By continuing past this page, you agree to abide by these terms.

Send your feedback and help us continue to improve LinkedIn.



Linked in.

- Skip to Content
- Search
- Account & Settings
- Help
- Sign Out

- **People**
  - ○ Advanced People Search
  - ○ Name Search
  - ○ Reference Search
- **Jobs**
  - ○ Advanced Job Search
  - ○ Hiring Home
  - ○ Post a Job
  - ○ Manage Jobs
  - ○ Job Credits
- **Answers**
  - ○ Advanced Answers Search
  - ○ My Q&A
  - ○ Ask a Question
  - ○ Answer Questions

- Introductions
- Invitations (1)
- Profiles
- Q&A
- Jobs
- Recommendations
- Network Updates

- Company
  - Help & FAQ
  - About LinkedIn
  - LinkedIn Blog
  - LinkedIn Store
  - Advertise With Us
- Tools
  - Overview
  - Outlook Toolbar
  - Browser Toolbar
  - JobsInsider
- Premium
  - Post a Job
  - Manage Jobs
  - Corporate Solutions
  - Upgrade Your Account

LinkedIn Corporation © 2008

- User Agreement
- Privacy Policy
- Copyright Policy

Use of this site is subject to express terms of use, which prohibit commercial use of this site. By continuing past this page, you agree to abide by these terms.

Send your feedback and help us continue to improve LinkedIn.

---

**From:** messages-noreply@bounce.linkedin.com [mailto:messages-noreply@bounce.linkedin.com] **On Behalf Of** Joe Tate
**Sent:** Tuesday, April 29, 2008 1:59 PM
**To:** Bryan Jone
**Subject:** Invitation to connect on LinkedIn

## LinkedIn

Joe Tate requested to add you as a connection on LinkedIn:

Bryan,

I'd like to add you to my professional network on LinkedIn.

-Joe

View invitation from Joe Tate

**WHY MIGHT CONNECTING WITH JOE TATE BE A GOOD IDEA?**

**Joe Tate's connections could be useful to you**
After accepting Joe Tate's invitation, check Joe Tate's connections to see who else you may know and who you might want an introduction to. Building these connections can create opportunities in the future.

© 2008 LinkedIn Corporation

**Ritchie Taylor**

| | |
|---|---|
| **From:** | Jenny Hollis [jhollis@personifysearch.com] |
| **Sent:** | Tuesday, April 29, 2008 2:25 PM |
| **To:** | 'Ryan Carfley' |
| **Subject:** | FW: Invitation to connect on LinkedIn |

*Jenny*

**From:** messages-noreply@bounce.linkedin.com [mailto:messages-noreply@bounce.linkedin.com] **On Behalf Of**
Joe Tate
**Sent:** Tuesday, April 29, 2008 1:57 PM
**To:** Jenny Siferd
**Subject:** Invitation to connect on LinkedIn

# LinkedIn

Joe Tate requested to add you as a connection on LinkedIn:

Jenny,

I'd like to add you to my professional network on LinkedIn.

-Joe

View invitation from Joe Tate

## WHY MIGHT CONNECTING WITH JOE TATE BE A GOOD IDEA?

### Have a question? Joe Tate's network will probably have an answer
You can use LinkedIn Answers to distribute your professional questions to Joe Tate and
extended network. You can get high-quality answers from experienced professionals.

© 2008, LinkedIn Corporation

5/21/2008

**Ritchie Taylor**

| | |
|---|---|
| **From:** | Rose Hays [rhays@personifysearch.com] |
| **Sent:** | Tuesday, April 29, 2008 2:16 PM |
| **To:** | 'Ryan Carfley' |
| **Subject:** | FW: Invitation to connect on LinkedIn |

Here you go.

La Rose K. Hays, Executive Recruiter
Personify.
201 Shannon Oaks Circle, Suite 101
Cary, NC  27511
Phone:  800.875.6188 x111
rhays@personifysearch.com

**From:** messages-noreply@bounce.linkedin.com [mailto:messages-noreply@bounce.linkedin.com] **On Behalf Of**
Joe Tate
**Sent:** Tuesday, April 29, 2008 1:59 PM
**To:** Rose Hays
**Subject:** Invitation to connect on LinkedIn

# LinkedIn

Joe Tate requested to add you as a connection on LinkedIn:

Rose,

I'd like to add you to my professional network on LinkedIn.

~Joe

View invitation from Joe Tate

Learn how LinkedIn can power your career in 2008. Click here.

© 2008. LinkedIn Corporation

5/21/2008

**Ritchie Taylor**

**From:**     Carrie Smith [csmith@personifysearch.com]
**Sent:**     Tuesday, April 29, 2008 3:07 PM
**To:**       'Ryan Carfley'
**Subject:** FW: Invitation to connect on LinkedIn

http://www.linkedin.com/profile?viewProfile=&key=13567440&authToken=0u1L&authType=name

*Carrie Smith*

Personify
Account Executive
IT Sales
201 Shannon Oaks Circle
Suite 101
Cary, NC 27511
(800) 875-6188 x110
(919) 460-0642 – fax

Learn more about me and PERSONIFY.
www.personifysearch.com/carries

**From:** messages-noreply@bounce.linkedin.com [mailto:messages-noreply@bounce.linkedin.com] **On Behalf Of**
Joe Tate
**Sent:** Tuesday, April 29, 2008 12:57 PM
**To:** Carrie Smith
**Subject:** Invitation to connect on LinkedIn

# LinkedIn

Joe Tate requested to add you as a connection on LinkedIn:

Carrie,

I'd like to add you to my professional network on LinkedIn.

-Joe

View invitation from Joe Tate

Learn how LinkedIn can power your career in 2008. Click here.

© 2008, LinkedIn Corporation

No virus found in this incoming message.
Checked by AVG.

5/21/2008

# EXHIBIT 2

# Trademark/Service Mark Application, Principal Register

**Serial Number:** 77355623
**Filing Date:** 12/19/2007

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77355623 |
| **MARK INFORMATION** | |
| MARK | PERSONIFIED |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | PERSONIFIED |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| OWNER OF MARK | CareerBuilder LLC |
| STREET | 200 North LaSalle Street, Suite 1100 |
| CITY | Chicago |
| STATE (Required for U.S. applicants) | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE (Required for U.S. applicants only) | 60601 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | Consulting services in the field of human resources, employee recruitment, hiring, retention, development and management; Business research and surveys |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Matthew W. Walch |

| ATTORNEY DOCKET NUMBER | 033982-0052 |
|---|---|
| FIRM NAME | Latham & Watkins LLP |
| STREET | 233 S. Wacker Drive, Suite 5800 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60606 |
| PHONE | (312) 876-7700 |
| FAX | (312) 993-9767 |
| EMAIL ADDRESS | matthew.walch@lw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | B. John Casey and Abizer Zanzi |

## CORRESPONDENCE INFORMATION

| NAME | Matthew W. Walch |
|---|---|
| FIRM NAME | Latham & Watkins LLP |
| STREET | 233 S. Wacker Drive, Suite 5800 |
| CITY | Chicago |
| STATE | Illinois |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 60606 |
| PHONE | (312) 876-7700 |
| FAX | (312) 993-9767 |
| EMAIL ADDRESS | matthew.walch@lw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| SIGNATORY FILE | \\TICRS2\EXPORT14\773\556\77355623\xml1\APP0003.JPG |
|---|---|
| SIGNATORY'S NAME | Alex Green |

| SIGNATORY'S POSITION | General Counsel |
|---|---|

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77355623**
**Filing Date: 12/19/2007**

## To the Commissioner for Trademarks:

**MARK:** PERSONIFIED (Standard Characters, see mark)
The literal element of the mark consists of PERSONIFIED.
The mark consists of standard characters, without claim to any particular font, style, size, or color.
The applicant, CareerBuilder LLC, a limited liability company legally organized under the laws of Delaware, having an address of 200 North LaSalle Street, Suite 1100, Chicago, Illinois, United States, 60601, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

   International Class 035:  Consulting services in the field of human resources, employee recruitment, hiring, retention, development and management; Business research and surveys

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Matthew W. Walch and B. John Casey and Abizer Zanzi of Latham & Watkins LLP, 233 S. Wacker Drive, Suite 5800, Chicago, Illinois, United States, 60606 to submit this application on behalf of the applicant. The attorney docket/reference number is 033982-0052.

Correspondence Information:      Matthew W. Walch
                                 233 S. Wacker Drive, Suite 5800
                                 Chicago, Illinois 60606
                                 (312) 876-7700(phone)
                                 (312) 993-9767(fax)
                                 matthew.walch@lw.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

Signatory's Signature: signatory file
Signatory's Name: Alex Green
Signatory's Position: General Counsel
RAM Sale Number: 10323
RAM Accounting Date: 12/19/2007
Serial Number: 77355623
Internet Transmission Date: Wed Dec 19 13:27:33 EST 2007
TEAS Stamp: USPTO/BAS-66.28.38.188-20071219132733449
254-77355623-400ecfca0aa5f55b3383e558a89
1dd6a-CC-10323-20071219132520088897

# PERSONIFIED

Trademark/Service Mark Application, Principal Register                              Page 2 of 5

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _____

Signatory's Name: Alex Green

Signatory's Position: General Counsel

Date Signed: ____12 / 18 / 07_____

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will **not** be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.