U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PERSONIFIED, LLC | FILED: MAY 30, 2008 |
| V. | 08CV3123  RCC |
| SALES CONSULTANTS OF CARY, LLC | JUDGE DER-YEGHIAYAN |
| | MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PERSONIFIED, LLC

| NAME (Type or print) |
|---|
| CHRISTOPHER R. FREEMAN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ christopher freeman/ |
| FIRM |
| LATHAM & WATKINS LLP |
| STREET ADDRESS |
| 233 SOUTH WACKER DRIVE, SUITE 5800 |
| CITY/STATE/ZIP |
| CHICAGO, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292841 | 312-876-7700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐