UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PERSONIFIED, LLC

        Plaintiff,

vs.

SALES CONSULTANTS OF CARY, LLC

        Defendant.

Case No. 

FILED: MAY 30, 2008
08CV3123   RCC
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

Judge

JURY TRIAL DEMANDED

**NOTIFICATION AS TO AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff makes the following disclosure:

Personified, LLC is a wholly owned subsidiary of CareerBuilder LLC.

Further, Plaintiff states that the following publically held corporations have an equity stake of 10% or more in CareerBuilder LLC: Gannett Co., Inc., The McClatchy Company, and Tribune Company.

Dated: May 30, 2008

        Respectfully submitted,
        Plaintiff PERSONIFIED, LLC

        By: _s/Christopher Freeman_
        Matthew W. Walch  (IL Bar No. 6226308)
        Christopher Freeman (IL Bar No. 6292841)
        LATHAM & WATKINS LLP
        5800 Sears Tower
        233 South Wacker Drive
        Chicago, IL  60606
        (312) 876-7700
        Facsimile:  (312) 993-9767
        matthew.walch@lw.com
        christopher.freeman@lw.com

CH\555982.1