## United States District Court for the Northern District of Illinois

Case Number: 08CV3123          Assigned/Issued By: DAJ

Judge Name: DER-YEGHIAYAN      Designated Magistrate Judge: MASON

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP        [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00             Receipt #: 2818433

Date Payment Rec'd: 05/30/08    Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _05/30/08_ as to _DEF._ _____
                                  (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05