AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Personified, LLC

V.

Sales Consultants of Cary, LLC

CASE NUMBER: 08CV3123 RCC

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Sales Consultants of Cary, LLC
201 Shannon Oaks Circle
Cary, NC 27511-5570

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew W. Walch
Christopher R. Freeman
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 30, 2008
_____
Date

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Personified, LLC | ) | |
| Plaintiff | ) | 08CV3123 RCC |
| -vs- | ) | AFFIDAVIT OF AUTHORIZED SERVICE |
| Sales Consultants of Cary, LLC | ) | Summons, Complaint, Exhibit 1 and Exhibit 2 |
| Defendant | ) | |

Received by 1-800-SERVE-EM on May 30, 2008 at 4:46 PM to be served on Sales Consultants of Cary, LLC, 201 Shannon Oaks Circle Cary, NC 27511.

I, Pauline Purvis, who being duly sworn, depose and say that on June 2, 2008 at 2:20 PM, I:

Served Sales Consultants of Cary, LLC by delivering a true copy of the Summons, Complaint, Exhibit 1 and Exhibit 2 with the date and hour of service endorsed thereon by me, to Ryan Carfley, Manager, authorized to accept service at 201 Shannon Oaks Circle #101 Cary, NC 27511.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Pauline Purvis
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008302817
Reference: 08CV3123 RCC

State of: North Carolina
County of: Wake
Subscribed and sworn to before me, on 6/3/08

NOTARY PUBLIC
Ronald Hunter Sherron