# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PERSONIFIED, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CV 3123 |
| v. ) | |
| ) | Hon. Samuel Der-Yeghiayan |
| SALES CONSULTANTS OF CARY, LLC ) | Magistrate Judge Michael T. Mason |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  Matthew W. Walch
Christopher R. Freeman
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, Illinois 60606
Tel: (312) 876-7700
Fax: (312) 993-9767

YOU ARE HEREBY NOTIFIED that on June 17, 2008, at 9:00 a.m. I will appear before the Honorable Judge Samuel Der-Yeghiayan, in the courtroom (Room 1903) usually occupied by him, or any judge sitting in his stead at the United States Federal Courts Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present DEFENDANT SALES CONSULTANTS OF CARY LLC'S MOTION TO DISMISS.

Dated: June 12, 2008

**/s/ Donald J. Mizerk**

One of Defendant Sales Consultants of Cary LLC's Attorneys

Donald J. Mizerk
Brian D. Fergemann
Giel Stein
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 558-5600
Fax:    (312) 558-5700
dmizerk@winston.com
bfergemann@winston.com
gstein@winston.com

**CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that a copy of the foregoing NOTICE OF MOTION was filed with the Clerk of the Court and served upon the following parties using the CM/ECF system on this 12th day of June 2008:

Matthew W. Walch
Christopher R. Freeman
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, Illinois 60606
Tel: (312) 876-7700
Fax: (312) 993-9767

/s/   **Donald J. Mizerk**