# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Personified, LLC
                              Plaintiff,

v.                                              Case No.: 1:08−cv−03123
                                                Honorable Samuel Der−Yeghiayan

Sales Consultants of Cary, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

   MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant's motion to dismiss [14] is entered and continued. Plaintiff's response shall be filed by 07/11/08 and Defendant's reply in further support shall be filed by 07/25/08. Status hearing reset to 08/13/08 at 9:00 a.m. Status hearing set for 07/31/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.