# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3123 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Personified, LLC vs. Sales Consultants of Cary, LLC | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 08/07/08, Defendant's motion to dismiss [14] is granted and Plaintiff's request for a stay of a ruling is denied. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|