# United States District Court
## Northern District of Illinois
### Eastern Division

Personified, LLC                                **JUDGMENT IN A CIVIL CASE**

      v.                                          Case Number: 08 C 3123

Sales Consultants of Cary, LLC

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that For the reasons stated in the Court's memorandum opinion dated 08/07/08, Defendant's motion to dismiss[14] is granted and Plaintiff's request for a stay of a ruling is denied.

Michael W. Dobbins, Clerk of Court

Date: 8/7/2008                                  Michael Wing
                                                                                 /s/ Michael A. Wing, Deputy Clerk